# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **CHRISTOPHER SOREY,** | ) |
| | ) |
|     **PLAINTIFF** | ) |
| | ) |
| **V.** | ) |
| | ) |
| **WILSON COUNTY BOOK REVIEW** | ) |
| **COMMITTEE, a/k/a WILSON** | )     No. |
| **COUNTY DISTRICT BOOK APPEAL** | ) |
| **COMMITTEE, and WILSON COUNTY** | ) |
| **BOARD OF EDUCATION a/k/a** | ) |
| **WILSON COUNTY SCHOOL BOARD** | ) |
| | ) |
|     **DEFENDANTS.** | ) |

## NOTICE OF REMOVAL

Come now the Defendants, Wilson County District Book Appeal and Wilson County Board of Education, and would state and show to the Court as follows:

1. On February 14, 2023, an action was commenced against the Defendants in the Chancery Court of Wilson County, Tennessee entitled <u>Christopher Storey v. Wilson County Book Review Committee a/k/a Wilson County District Book Appeal Committee, and Wilson County Board of Education a/k/a Wilson County School Board</u>, Docket No. 2023-CV-37.

2. In the Plaintiff's Complaint, the Plaintiff alleges violations of his civil rights pursuant to 42 U.S.C. § 1983.

3. The above described action is one in which this Court has original jurisdiction under the provisions of Title 42 U.S.C. §1983 and is one which can be removed to this

Court by the Defendants pursuant to the provisions of Title 28 U.S.C. §1441, in that it is a civil action that raises a federal claim.

4. Written notice of filing of this Notice of Removal will be given to the Plaintiff promptly after the filing of the Notice as required by law.

5. A true and correct copy of this Notice of Removal will be filed with the clerk for the Chancery Court of Wilson County, Tennessee promptly after the filing of this Notice of Removal, as required by law.

6. Attached to this Notice of Removal and incorporated by reference are true and correct copies of all process and pleadings filed in the State Court action.

WHEREFORE, the Defendants pray that the above named action now pending against them in the Chancery Court of Wilson County, Tennessee be removed therefrom to this Honorable Court.

                                Respectfully submitted,

                                SELLERS, CRAIG, & HAYDEN, INC.

By:    s/Christopher C. Hayden
        Christopher C. Hayden (#028220)
        Attorney for Defendants
        P.O. Box 10547
        Jackson, Tennessee 38308
        (731) 300-0737
        chris@schofcounsel.com

CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system.

                      /s/ Christopher C. Hayden
                      SELLERS, CRAIG & HAYDEN, INC.

Date:    March 1, 2023

PERSONS SERVED:

Daniel Horwitz
Lindsay Smith
Melissa Dix
Hortwitz Law, PLLC
4016 Westlawn Drive
Nashville, TN 37209