# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| CHRISTOMER SOREY, | § | |
| *Plaintiff,* | § § § | |
| v. | § | Case No. 3:23-CV-00181 |
| WILSON COUNTY BOOK REVIEW COMMITTEE, a/k/a WILSON COUNTY DISTRICT BOOK APPEAL COMMITTEE, and WILSON COUNTY BOARD OF EDUCATION, a/k/a WILSON COUNTY SCHOOL BOARD, | § § § § § § § § § | |
| *Defendants.* | § | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT

Comes now the Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 15(a)(2) and Local Rule 15.01, respectfully moves this Court for leave to file a First Amended Complaint in this action, a proposed version of which is attached hereto as **Exhibit A**, along with the Plaintiff's proposed exhibits to his First Amended Complaint, which are attached as **Exhibits A-1, A-2, & A-3**. The Plaintiff has conferred with opposing counsel, and the Defendants oppose this Motion. As grounds for this Motion, the Plaintiff has filed an accompanying *Memorandum of Law*.

-1-

Respectfully submitted,

By: /s/ Daniel A. Horwitz_____
DANIEL A. HORWITZ, BPR #032176
LINDSAY SMITH, BPR #035937
MELISSA K. DIX, BPR #038535
HORWITZ LAW, PLLC
4016 WESTLAWN DR.
NASHVILLE, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
melissa@horwitz.law
(615) 739-2888

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of July, 2023, a copy of the foregoing was mailed via USPS mail, postage prepaid and/or transmitted via the Court's e-filing system, to:

Christopher C. Hayden (#028220)
Attorney for Defendants
P.O. Box 10547
Jackson, Tennessee 38308
(731) 300-0737
chris@schofcounsel.com

Michael Ray Jennings
326 N Cumberland Street
Lebanon, TN 37087
(615) 444-0585
Email: mjenningslaw@aol.com

*Counsel for Defendants*

By: /s/ Daniel A. Horwitz_____
Daniel A. Horwitz, BPR #032176