# IN THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| CHRISTOPHER SOREY, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 3:23-cv-00181 |
| WILSON COUNTY BOOK REVIEW COMMITTEE, a/k/a WILSON COUNTY DISTRICT BOOK APPEAL COMMITTEE, *et al.*, | § § § § § § | |
| *Defendants*. | § § | |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Come now the Plaintiffs, through counsel, and pursuant to Fed. R. Civ. P. 65(a), respectfully move this Court to issue a preliminary injunction:

1. Ordering the Book Review Committee to publish adequate public notice of its meetings in advance of them; and

2. Forbidding the Book Review Committee from meeting without publishing adequate public notice; and

3. Ordering the Book Review Committee to keep adequate meeting minutes that include a record of all persons present.

As grounds for this motion, the Plaintiffs have filed an accompanying *Memorandum of Law*. The Defendants have also been consulted regarding their opposition to this motion, and this motion is opposed.

Respectfully submitted,

By: <u>/s/ Daniel A. Horwitz</u>
Daniel A. Horwitz, BPR #032176
Lindsay Smith, BPR #035937
Melissa K. Dix, BPR #038535
Horwitz Law, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
melissa@horwitz.law
(615) 739-2888

*Counsel for Plaintiff*

-2-

Case 3:23-cv-00181   Document 38   Filed 08/18/23   Page 2 of 3 PageID #: 774

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 18th day of August, 2023, a copy of the foregoing was mailed via USPS mail, postage prepaid and/or transmitted via the Court's e-filing system, to:

Michael R. Jennings
Attorney at Law
326 North Cumberland Street
Lebanon, TN 37087
Phone: (615) 444-0585
Fax: (615) 449-8239
mjenningslaw@aol.com

Christopher C. Hayden (#028220)
Attorney for Defendants
P.O. Box 10547
Jackson, Tennessee 38308
(731) 300-0737
chris@schofcounsel.com

            By: /s/ Daniel A. Horwitz_____
               Daniel A. Horwitz, BPR #032176