IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER SOREY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:23-cv-00181 |
| | ) JUDGE RICHARDSON |
| WILSON COUNTY BOOK REVIEW COMMITTEE, a/k/a WILSON COUNTY DISTRICT BOOK APPEAL COMMITTEE, et al., | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is "Plaintiffs' Stipulation of Dismissal" (Doc. No. 49, "Stipulation") filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Stipulation was signed by counsel for all parties. Under Rule 41(a)(1)(A)(ii), the Stipulation suffices to dismiss this action without any action on the part of the Court. Because the Stipulation states that the dismissal is without prejudice, the dismissal is in fact without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Accordingly, the Court acknowledges that this action has been DISMISSED without prejudice, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE